SCWC-15-0000445

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ASSOCIATION OF APARTMENT OWNERS OF ROYAL ALOHA, a Hawaiʻi non-profit corporation, Respondent/Plaintiff-Appellant,
vs.
CERTIFIED MANAGEMENT, INC., a Hawaiʻi corporation;
CHANEY BROOKS & COMPANY, LLC, a Hawaiʻi corporation;
MICHAEL DAVID BRUSER, an individual; TOKYO JOE'S, INC.,
a Hawaiʻi corporation; MICHAEL T. MCCORMACK, individually
and as Trustee under that certain unrecorded Michael T.
McCormack Revocable Living Trust Agreement dated
November 12, 1991; and MICHAEL T. MCCORMACK and SIGNA S.
MCCORMACK, as Co-Trustees of The McCormack Ranch Trust
dated January 6, 2005, Petitioners/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000445; CIV. NO. 12-1-1019-04)

ORDER OF CORRECTION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on December 8, 2016, is corrected as follows:

In the last sentence of the opinion, replace "the circuit court's 'Amended Conclusions of Law, and Order Granting Defendant Certified Management's Motion for Summary Judgment, Filed 8/5/14 and Order Granting Joinder by: Defendant Chaney Brooks & Company, LLC to Defendant Certified Management Inc.'s Motion for Summary Judgment, Filed 8/12/14' entered on October 10, 2014." with "all of the orders and judgments appealed from the Circuit Court of the First Circuit in this case."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, December 21, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson